**IT IS ORDERED as set forth below:**



Date: January 11, 2023

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-56104-wlh |
| BRITTNEY ANGELETTE WARNER, | CHAPTER: 13 |
| Debtor. | JUDGE: HONORABLE WENDY L. HAGENAU |
| PENNYMAC LOAN SERVICES, LLC, | |
| Movant, | |
| v. | |
| BRITTNEY ANGELETTE WARNER, Debtor<br>ANDREA Y WARNER, Co-Debtor<br>NANCY J. WHALEY, Trustee, | CONTESTED MATTER |
| Respondent(s). | |

<u>ORDER GRANTING MOTION TO CONFIRM THERE IS NO STAY IN EFFECT AS TO MOVANT AND CERTAIN REAL PROPERTY (#23)</u>

The above styled Motion was called for hearing on January 4, 2023, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. There was no opposition

to the Motion and Movant asserts that the parties were properly served. Therefore, the Motion is GRANTED. Accordingly;

IT IS HEREBY ORDERED that there is no automatic stay or co-debtor stay in effect in this bankruptcy case as to Movant, its successors and assigns, nor regarding the real property commonly known as 817 Tallowtree Lane, McDonough, Georgia 30252 (the "Property").

IT IS FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings and may assert all of its respective rights and remedies under applicable law and the loan documents, as to its collateral.

IT IS FURTHER ORDERED that the Trustee shall cease funding any balance of Movant's claim.

FURTHER ORDERED that there being no automatic stay or co-debtor stay in effect as to Movant and the Property, the provisions of Bankruptcy Rule 4001(a)(3) are not in effect as to Movant and the Property.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/ *Evan Durkovic*
Evan Durkovic, Bar No.: 948332
Attorney for Movant
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Toll-Free: (844) 470-8804
Fax: (619) 590-1385
Email: edurkovic@aldridgepite.com

[SIGNATURES CONTINUED ON NEXT PAGE]

NO OPPOSITION:

/s/ *Maria C. Joyner*                                              with express permission
Maria C. Joyner, Bar No.: 118350
Attorney for Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303
Phone:  (678) 992-1201
Email: ecf@njwtrustee.com

DISTRIBUTION LIST

Brittney Angelette Warner
817 Tallowtree Lane
McDonough, GA 30252

Andrea Y Warner
817 Tallowtree Lane
McDonough, GA 30252

Stanley J. Kakol, Jr.
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road, Suite C
Lithonia, GA 30038

Nancy J. Whaley
303 Peachtree Center Avenue
Suite 120, Truist Plaza Garden Offices
Atlanta, GA 30303

ALDRIDGE PITE, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305